FILED

2010 Dec-03  PM 01:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **THOMAS E. DAMMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.:  2:10-cv-03021-JEO** |
| | ) | |
| **LTD FINANCIAL SERVICES, LP** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

 Before the court is the "Notice of Dismissal With Prejudice," filed by the Plaintiff,

Thomas E. Damman (hereinafter "Plaintiff") on December 2, 2010.  (Doc. 5).  Attached to the

same is the parties' settlement agreement in which Plaintiff has agreed to dismiss, with prejudice,

all claims against the Defendant.

 Upon consideration thereof, it is hereby **ORDERED, ADJUDGED** and **DECREED** that

the plaintiff's claims against LTD Financial Services, LP be, and hereby are, **DISMISSED,** in

their entirety, **WITH PREJUDICE,** costs taxed as paid.

 **DONE** this 3rd day of December, 2010.

*John E. Ott*

**JOHN E. OTT**
United States Magistrate Judge